IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JOHNNIE JONES, JR.**                                                       **PLAINTIFF**

v.                                     **4:06CV01609-WRW**

**ARKANSAS GAME & FISH
COMMISSION, DALE OLDHAM,**
Individually and in his Official Capacity,
and Robert Zachary, Individually and in
his Official Capacity                                    **DEFENDANTS**

## ORDER

Pending is Plaintiff's Motion for Reconsideration (Doc. No. 34). Because I had already concluded that Defendants' Motions to Dismiss should have been granted based on *res judicata*, Plaintiff's Motion is DENIED.

IT IS SO ORDERED this 20th day of February, 2007.

                                                                            /s/Wm. R. Wilson, Jr.
                                                         UNITED STATES DISTRICT JUDGE